IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVAUGHN EDWARDS** | : | **CIVIL ACTION NO. 1:15-cv-335** |
| | : | |
| **Plaintiff** | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Carlson)** |
| **v.** | : | |
| | : | |
| **SPECIALIZED LOAN SERVICING, LLC.** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

Before the Court in the captioned action is a May 15, 2015 Report and

Recommendation of the Magistrate Judge.  No timely objections have been filed.

**ACCORDINGLY**, this 2nd day of June 2015, upon review of the record and the

applicable law,  **IT IS HEREBY ORDERED THAT:**

1)  The Court adopts the Report and Recommendation of Magistrate Judge

Carlson (Doc. No. 13).

2)   Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. No. 2) is

**GRANTED.**

3)   Defendant's Motion to Dismiss the Complaint (Doc. No. 10) is **GRANTED.**

4)  The Clerk of Court shall **CLOSE** the case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania